AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Rosario De Los Angeles RAMOS-Villalobos

IAE   YOB: 1995
El Salvador
(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

MAY 20 2021

Nathan Ochsner, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-21-1122-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 19, 2021** in **Starr** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

Rosario De Los Angeles RAMOS-Villalobos did knowingly and willfully make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the United States Border Patrol by intentionally and willfully stating that she was a minor, when in truth and fact she is an adult.

in violation of Title **18** United States Code, Section(s) **1001** (Felony)

I further state that I am a **Supervisory Border Patrol Agent** and that this complaint is based on the following facts:

Rosario De Los Angeles RAMOS-Villalobos was encountered by Border Patrol Agents near Roma, Texas on May 19, 2021. The investigating agent established that the defendant was an undocumented alien, and who claimed to be a minor child under the age of 18. The defendant was subsequently taken into custody and transported to the Rio Grande Valley Centralized Processing Center (RGVCPC) in Donna, Texas for processing. On May 20, 2021 at the RGVCPC, Border Patrol Intelligence Agents interviewed the defendant after they became suspicious that she was using a fraudulent document to substantiate her claim to being a minor.

**DEFENDANT'S STATEMENT:**
On May 20, 2021, Rosario De Los Angeles RAMOS-Villalobos was provided with a Miranda warning, acknowledged understanding his rights, and agreed to provide a statement.

Rosario De Los Angeles RAMOS-Villalobos admitted to being a twenty-five year old adult, and to providing agents with an incorrect date of birth. She also admitted to using fraudulent documents in an attempt to convince the agents that she was a minor for the purpose of being released into the United States.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Complaint authorized by AUSA Angel Castro
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

May 20, 2021 - 5:28 p.m.

/S/ Ian D. Land
Signature of Complainant
Ian D. Land   SBPA

Juan F. Alanis   , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer